**Juanita M. CRUMP–DONAHUE,**
Appellant,

v.

**UNITED STATES of America,**
Appellee.

No. 06–1320.

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 6, 2006.

Filed: Oct. 12, 2006.

Juanita M. Crump–Donahue, argued, Little Rock, AR, pro se.

Before MURPHY, BYE, and MELLOY, Circuit Judges.

PER CURIAM.

Juanita Crump–Donahue appeals the district court's[1] preservice dismissal of her suit under the Federal Tort Claims Act. After de novo review, *see Moore v. Sims*, 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam) (standard of review), we agree

newly raised claim under the Americans with Disabilities Act, *see Stone v. Harry*, 364 F.3d 912, 914 (8th Cir.2004).

---

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

with the district court that Crump–Donahue's suit is barred by res judicata, *see Daley v. Marriott Int'l, Inc.*, 415 F.3d 889, 895–96 (8th Cir.2005) (under doctrine of res judicata, judgment on merits in prior suit bars second suit involving same parties or their privies based on same cause of action). We also deny her appellate motions.

Accordingly, we affirm. *See* 8th Cir. R. 47B.